IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| JAMES MATTHEW GILLEY, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Action No. 7:15cv00258 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD CLARK, | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Gilley's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as untimely filed and this case shall be **STRICKEN** from the active docket of the court.

Further, finding that Gilley has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the petitioner.

ENTER: This 11th day of March, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE